UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:11-cr-112-T-30MAP

CARLITTA TYSON TEBBY

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the United States' Motion for a Forfeiture Money Judgment (Doc. 27).

Carlitta Tyson Tebby pleaded guilty and was convicted of theft of government funds in excess of $1,000, which belonged to the United States and the Department of Veterans Affairs, in violation of 18 U.S.C. § 641, and the United States has established that Tebby obtained $57,482.00 in proceeds as a result of that offense.

The United States moves, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), for the entry of a forfeiture money judgment in the amount of $57,482.00, which at sentencing, shall be a final order of forfeiture as to Tebby. The United States' motion for a forfeiture money judgment (Doc. 27) is GRANTED. Pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), Tebby is personally liable for a forfeiture money judgment in the amount of $57,482.00.

The United States is entitled, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to forfeit any other assets belonging to the defendant up to

the value of the $57,482.00 money judgment.

The court retains jurisdiction to entertain any third party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of any of the defendant's property that the United States may seek as substitute assets.

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cr-112.forfeit 27.wpd