UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-cr-112-T-30MAP

CARLITTA TYSON TEBBY

**ORDER VACATING THE PRELIMINARY ORDER
OF FORFEITURE FOR BANK OF AMERICA ACCOUNT**

THIS CAUSE comes before the Court on the United States' Motion to Vacate the Preliminary Order of Forfeiture (Doc. 39) for the contents of Bank of America Account Number 0055 0541 3155, entered by the Court on September 28, 2011 (Doc. 32), in favor of the funds being applied to the defendant's restitution order.

On motion of the United States (Doc. 31), the Court entered an Amended Forfeiture Money Judgment against defendant Carlitta Tyson Tebby in the amount of $57,482.00, and Preliminary Order of Forfeiture for the contents of Bank of America Account Number 0055 0541 3155. Doc. 32. At the defendant's sentencing hearing held on September 27, 2011, the United States was notified that the Bank of America Account, in the name of Helen W. Tebby, the deceased mother-in-law of the defendant, contained funds in the approximate amount of $1,000, which were direct deposited into the Bank of America Account by the United States Department of Veterans Affairs. Thus, these funds constituted proceeds traceable to Tebby's

offense of conviction, in violation of 18 U.S.C. § 641, and were forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  Doc. 32.

The United States now seeks to vacate the Preliminary Order of Forfeiture for the contents of the Bank of America Account to allow the funds to be paid directly to the United States Department of Veterans Affairs in partial satisfaction of the defendant's restitution, in the amount of $57,482.00, which was ordered by the Court as part of the defendant's Amended Judgment.  Doc. 35 at 4.

The Court finds that it is in the best interest of the defendant and the government that the funds seized from Bank of America Number 0055 0541 3155, in the approximate amount of $1,000, be returned directly to the Department of Veterans Affairs in partial satisfaction of the defendant's restitution.

Accordingly, it is hereby ORDERED and ADJUDGED that the motion (Doc. 39) of the United States is GRANTED.

The Preliminary Order of Forfeiture for the contents of Bank of America Account Number 0055 0541 3155 is hereby VACATED.  The contents of the Bank of America account, in the approximate amount of $1,000.00, will be returned to the U.S. Department of Veterans Affairs, and the defendant's restitution will be credited in accordance with that amount.

The Forfeiture Money Judgment in the amount of $57,482.00 remains in full force and effect, and the United States is entitled to seek forfeiture of substitute assets, belonging to the defendant, up to the amount of the $57,482.00 money

judgment. The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of any substitute assets sought by the government in satisfaction of such money judgment, and to adjudicate any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on November 21, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cr-112.vacate 39.wpd